1  LAW OFFICES OF P. RANDALL NOAH
   P. RANDALL NOAH - SBN 136452
2  21 Orinda Way, Ste. C, #316
   Orinda, CA 94563
3  Telephone: (925) 253-5540
   Facsimile: (925)253-5542
4  pnoah@ix.netcom.com

5  Attorneys for Plaintiff
   JANICE BREMIS
6

7  RIMAC MARTIN, P.C.
   ANNA M. MARTIN - State Bar No. 154279
8  KEVIN G. GILL - State Bar No. 226819
   1051 Divisadero Street
9  San Francisco, California 94115
   Telephone: (415) 561-8440
10 Facsimile:  (415) 561-8430
   amartin@rimacmartin.com
11
   Attorneys for Defendants
12 PROVIDENT LIFE & ACCIDENT
   INSURANCE COMPANY
13

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 JANICE BREMIS,                      )
                                       ) CASE NO. C09-04190 JSW
19        Plaintiff,                   )
                                       ) **STIPULATION OF DISMISSAL
20   vs.                               ) WITH PREJUDICE AND
                                       ) [PROPOSED] ORDER THEREON**
21 PROVIDENT LIFE & ACCIDENT           )
   INSURANCE COMPANY,                  )
22                                     )
          Defendant.                   )
23                                     )
                                       )
24 _____)

25

26        IT IS HEREBY STIPULATED by and between the parties to this action, through their

27 designated counsel of record, that the above-captioned action be and hereby is dismissed with

28 prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

---

STIPULATION AND ORDER                    -1-
OF DISMISSAL WITH PREJUDICE                         CASE NO. C09-04190 JSW

Each party shall bear its own costs and attorneys' fees in this action.

**SO STIPULATED.**

LAW OFFICES OF P. RANDALL NOAH

DATED: March 10, 2010    By:    /s/ **P. RANDALL NOAH**
Attorneys for Plaintiff
JANICE BREMIS

RIMAC MARTIN, P.C.

DATED: March 10, 2010    By:    /s/ **ANNA M. MARTIN**
ANNA M. MARTIN
Attorneys for Defendant
PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY

### ORDER

IT IS HEREBY ORDERED that this matter be, and hereby is, dismissed with prejudice.

**SO ORDERED.**

DATED: March 16, 2010    _____
UNITED STATES DISTRICT COURT JUDGE