1 | LAW OFFICES OF P. RANDALL NOAH
P. RANDALL NOAH - SBN 136452
2 | 21 Orinda Way, Ste. C, #316
Orinda, CA 94563
3 | Telephone: (925) 253-5540
Facsimile: (925) 253-5542
4 | pnoah@ix.netcom.com

5 | Attorneys for Plaintiff
JANICE BREMIS
6 |

7 | **RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
8 | KEVIN G. GILL - State Bar No. 226819
1051 Divisadero Street
9 | San Francisco, California 94115
Telephone: (415) 561-8440
10 | Facsimile: (415) 561-8430
amartin@rimacmartin.com
11 |

Attorneys for Defendants
12 | PROVIDENT LIFE & ACCIDENT
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE BREMIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. C09-04190 JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

---

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE

-1-

CASE NO. C09-04190 JSW

Each party shall bear its own costs and attorneys' fees in this action.

**SO STIPULATED.**

LAW OFFICES OF P. RANDALL NOAH

DATED: March 10, 2010   By:   /s/ **P. RANDALL NOAH**
                                Attorneys for Plaintiff
                                JANICE BREMIS

RIMAC MARTIN, P.C.

DATED: March 10, 2010   By:   /s/ ANNA M. MARTIN
                                ANNA M. MARTIN
                                Attorneys for Defendant
                                PROVIDENT LIFE & ACCIDENT INSURANCE
                                COMPANY

### ORDER

IT IS HEREBY ORDERED that this matter be, and hereby is, dismissed with prejudice.

**SO ORDERED.**

DATED: March 16, 2010                    *Jeffrey S White*
                                         UNITED STATES DISTRICT COURT JUDGE